| 1 | JULIE RANEY (SBN 176060) |
| --- | --- |
| 2 | McDONOUGH HOLLAND & ALLEN PC<br>Attorneys at Law |
| 3 | 555 Capitol Mall, 9th Floor<br>Sacramento, CA 95814 |
| 4 | Phone: 916.444.3900<br>Fax: 916.444.3249 |
| 5 | Attorneys for Defendants BARRY J. BULLIS, individually and |
| 6 | dba the UPS STORE; SCATES-GERVASI, LLC,<br>a California Limited Liability Company |
| 7 | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SCOTT N. JOHNSON, | ) | Case No. 2:08-cv-02953-JAM-JKM |
| | ) | |
| Plaintiff, | ) | **STIPULATION FOR DISMISSAL AND** |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| BARRY J. BULLIS, individually and dba the | ) | |
| UPS STORE; SCATES-GERVASI, LLC, a | ) | |
| California Limited Liability Company, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The parties hereto stipulate as follows:

The parties have reached a full and final settlement of all issues in this action. A Settlement Agreement between the parties has been fully executed.

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that this action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(2).

///

///

///

///

///



| | | |
|---|---|---|
| 1 | DATED: March ____, 2009 | McDONOUGH HOLLAND & ALLEN PC |
| 2 | | Attorneys at Law |
| 3 | | |
| 4 | | By: _____*/s/ Julie Raney*_____<br>JULIE RANEY |
| 5 | | |
| 6 | | Attorneys for Defendants BARRY J. BULLIS, individually and dba the UPS STORE; SCATES-GERVASI, LLC, a California Limited Liability Company |
| 7 | | |
| 8 | DATED: March ____, 2009 | DISABLED ACCESS PREVENTS INJURY, INC. |
| 9 | | |
| 10 | | |
| 11 | | By: */s/ Scott N. Johnson (as authorized on 3/___/09)*<br>SCOTT N. JOHNSON |
| 12 | | Attorneys for Plaintiff<br>SCOTT N. JOHNSON |

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: April 9, 2009          /s/ John A. Mendez
                              JUDGE OF THE U.S. DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com